437 A.2d 937

**COMMONWEALTH of Pennsylvania**

v.

**John MOONEY, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 26, 1981.

Decided Dec. 17, 1981.

Dennis H. Eisman, Philadelphia, court-appointed, for appellant.

Robert B. Lawler, Chief, Appeals Div., Garold Tennis, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.